880

No. 977. KING COUNTY ET AL. *v.* WASHINGTON CHOC-OLATE Co. April 23, 1945. Petition for writ of certiorari to the Supreme Court of Washington denied. *Smith Troy,* Attorney General, *Edwin C. Ewing,* Assistant Attorney General, and *Mr. Floyd M. Reischling* for petitioners.

No. 1014. VIATOR *v.* STONE, CHAIRMAN, STATE TAX COMMISSION, ET AL. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Albert Sidney Johnston, Jr.* for petitioner.

No. 1028. GREEN ET AL. *v.* ANCHOR MILLS Co. April 23, 1945. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Mr. J. F. Flowers* for petitioners. *Mr. Whiteford S. Blakeney* for respondent.

No. 1032. ROCKTON & RION RAILROAD *v.* WALLING, ADMINISTRATOR. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John M. Hemphill* for petitioner. *Solicitor General Fahy, Mr. Douglas B. Maggs* and *Miss Bessie Margolin* for respondent.

No. 1045. COMPANHIA ANTARCTICA PAULISTA *v.* COE, COMMISSIONER OF PATENTS. April 23, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Gilbert P. Ritter*

for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea, Messrs. Paul A. Sweeney, Jerome H. Simonds* and *W. W. Cochran* for respondent.

No. 1050. DAVENPORT *v.* UNITED STATES. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John J. Hooker* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Rosalie M. Moynahan* for the United States.

No. 1053. OKEECHOBEE COUNTY *v.* NUVEEN ET AL. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Manley P. Caldwell* for petitioner. *Mr. Miller Walton* for respondents.

No. 1054. STATE NATIONAL BANK *v.* TITTLE. April 23, 1945. Petition for writ of certiorari to the Supreme Court of Texas denied. *Mr. S. P. Jones* for petitioner. *Mr. Sidney L. Herold* for respondent.

No. 1058. POTOMAC CHEMICAL CO., INC. *v.* CHAPMAN. April 23, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Alvin L. Newmyer* for petitioner.